UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                          Case No: 21-15523-RAM

SAMUEL HALL                                                  Chapter 13
                Debtor        /

**OBJECTION TO CLAIM #2-1 FILED BY**
**U.S. DEPARTMENT OF EDUCATION**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

       Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B) (2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2-1 | U.S. Department of Education | $48,989.80 | This claim is for a non-dischargeable student loan debt in the total amount of $48,989.80. Therefore, the claim in the amount of $48,989.80 should be allowed, but receive no distribution from the Chapter 13 Trustee through the Plan. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted this 8th day of February, 2022

LF-70 (rev. 12/01/09)

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 637-0000
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar 64500

LF-70 (rev. 12/01/09)